881 A.2d 1241

IN THE MATTER OF BERNARD J. MCBRIDE, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 012861990).

September 21, 2005.

## ORDER

This matter having been duly presented to the Court on the joint application of **BERNARD J. McBRIDE, JR.**, and the Director of the Office of Attorney Ethics, recommending that **BERNARD J. McBRIDE, JR.**, of DEPTFORD, who was admitted to the bar of this State in 1990, be transferred to disability inactive status in accordance with *Rule* 1:20–12;

And it appearing that **BERNARD J. McBRIDE, JR.**, lacks the capacity to practice law at this time;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12 **BERNARD J. McBRIDE, JR.**, is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **BERNARD J. McBRIDE, JR.**, is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **BERNARD J. McBRIDE, JR.**, shall comply with *Rule* 1:20–20 governing suspended, disbarred and incapacitated attorneys.